```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 04284
    LADONNA J SILAS LEONARD
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-0532


-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 03/12/2007 and was confirmed 05/23/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  70.00%.

     The case was converted to chapter 7 after confirmation 02/21/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                                PAID            PAID
-------------------------------------------------------------------------------
OPTION ONE MORTGAGE        CURRENT MORTG         .00             .00             .00
AMER REVENUE               UNSECURED           82.34             .00             .00
CITGO/CITI                 UNSECURED       NOT FILED             .00             .00
CITIBANK USA               UNSECURED       NOT FILED             .00             .00
CITY OF CHICAGO PARKING    UNSECURED         1410.00             .00             .00
WORLD FINANCIAL NETWORK    UNSECURED           91.57             .00             .00
COLLECTION COMPANY OF AM   UNSECURED       NOT FILED             .00             .00
CONSOLIDATED RCVY GRP      UNSECURED          465.00             .00             .00
CREDTRS COLL               UNSECURED       NOT FILED             .00             .00
ECAST SETTLEMENT CORP      UNSECURED         2522.37             .00             .00
ECAST SETTLEMENT CORP      UNSECURED          981.17             .00             .00
IC SYSTEMS INC             UNSECURED          234.94             .00             .00
ILLINOIS COLLECTION SERV   UNSECURED       NOT FILED             .00             .00
ECAST SETTLEMENT CORP      UNSECURED             .00             .00             .00
KOHLS                      UNSECURED       NOT FILED             .00             .00
MIDLAND CREDIT MANAGEMEN   UNSECURED          133.33             .00             .00
NORTHWEST COLLECTION       UNSECURED       NOT FILED             .00             .00
PAYDAY LOAN SERVICE        UNSECURED       NOT FILED             .00             .00
PELLETTIERI & ASSOC        UNSECURED       NOT FILED             .00             .00
PELLETTIERI & ASSOC        UNSECURED       NOT FILED             .00             .00
RMI/MCSI                   UNSECURED          250.00             .00             .00
ECAST SETTLEMENT CORP      UNSECURED          228.72             .00             .00
WORLD FINANCIAL NETWORK    UNSECURED          275.72             .00             .00
CHASE BANK USA NA          UNSECURED          107.73             .00             .00
OPTION ONE MORTGAGE        SECURED NOT I        .00             .00             .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY       2,464.00                         1,925.07
TOM VAUGHN                 TRUSTEE                                              137.01
DEBTOR REFUND              REFUND                                               419.40

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                           RECEIPTS            DISBURSEMENTS

                  PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 04284 LADONNA J SILAS LEONARD
```

```
--------------------------------------------------------------------------------
TRUSTEE                                      2,481.48

PRIORITY                                                                    .00
SECURED                                                                     .00
UNSECURED                                                                   .00
ADMINISTRATIVE                                                         1,925.07
TRUSTEE COMPENSATION                                                     137.01
DEBTOR REFUND                                                            419.40
                                         ---------------        ---------------
TOTALS                                       2,481.48                  2,481.48
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
   Dated: 06/13/08                _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE